IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division



NOSLEN HERNANDEZ GUERRA,

Petitioner,

v.  Civil Action No. 3:19CV863

JEFFREY CRAWFORD, *et al.*,

Respondents.

## MEMORANDUM OPINION

By Memorandum Order entered on December 13, 2019, the Court conditionally docketed Petitioner's action. On December 23, 2019, the United States Postal Service returned the December 13, 2019 Memorandum Order to the Court marked, "RETURN TO SENDER" and "UNABLE TO FORWARD." Since that date, Petitioner has not contacted the Court to provide a current address. Petitioner's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

An appropriate Order shall accompany this Memorandum Opinion.

/s/
John A. Gibney, Jr.
United States District Judge

Date: 17 January 2020
Richmond, Virginia